ERNEST C. DeLUCIA *v.* J. WILLIAM BURNS,
COMMISSIONER OF TRANSPORTATION

The plaintiff's petition for certification for appeal from the Appellate Court, 11 Conn. App. 439, is denied.

*Benson A. Snaider,* in support of the petition.

*Michael J. Lombardo,* assistant attorney general, in opposition.

Decided September 23, 1987

CLARK-FRANKLIN-KINGSTON PRESS, INC. *v.*
THOMAS A. ROMANO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 12 Conn. App. 121, is denied.

*John S. Pinney,* in support of the petition.

*Thomas R. Legenhausen, Robert W. Allen* and *John J. Resnick,* in opposition.

Decided September 23, 1987

HOUSING SERVICES CORPORATION, INC.
*v.* NICK MATHIS

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Bessye W. Bennett,* in support of the petition.

*Elliot J. Lane,* in opposition.

Decided September 23, 1987